**IN RE APPEAL OF FOUNDATION HEALTH SYSTEMS CORP.**

[328 N.C. 322 (1991)]

<hr/>

IN THE MATTER OF: THE APPEAL OF FOUNDATION HEALTH SYSTEMS CORPORATION FROM THE DENIAL OF ITS REQUEST FOR EXEMPTION BY THE FORSYTH COUNTY BOARD OF EQUALIZATION AND REVIEW FOR 1986

No. 45PA90

(Filed 7 March 1991)

ON discretionary review of a unanimous opinion of the Court of Appeals, 96 N.C. App. 571, 386 S.E.2d 588 (1989), vacating and remanding the judgment of the North Carolina Property Tax Commission sitting as the State Board of Equalization and Review, which denied Foundation Health Systems Corporation's request for exemption from property taxation for Hawthorne Surgical Center under N.C.G.S. § 105-278.7 for "[r]eal and personal property used for . . . charitable purposes" and under N.C.G.S. § 105-278.8 for "[r]eal and personal property used for charitable hospital purposes." Heard in the Supreme Court 13 February 1991.

*Petree Stockton & Robinson, by G. Gray Wilson and Steve M. Pharr, for petitioner-appellee Foundation Health Systems Corporation (Hawthorne Surgical Center).*

*David F. Tamer, Attorney for Forsyth County, P. Eugene Price, Jr., County Attorney, and Tina F. Heelan, Assistant County Attorney, for respondent-appellant Forsyth County.*

*Smith Helms Mullis & Moore, by Thomas S. Stukes, Maureen Demarest Murray, and Matthew W. Sawchak, for The North Carolina Hospital Association; C. J. Harris Community Hospital, Incorporated, of Sylva, North Carolina; Community General Hospital of Thomasville, Inc.; Memorial Mission Medical Center, Inc.; The Moses H. Cone Memorial Hospital; Murphy Medical Center; N.C.*

MAHAFFEY v. FORSYTH COUNTY

[328 N.C. 323 (1991)]

*Baptist Hospitals, Incorporated; Presbyterian Hospital; Roanoke-Chowan Hospital, Inc.; Union Memorial Hospital, Inc.; Valdese General Hospital, Inc.; Wayne Memorial Hospital, Inc.; and Wesley Long Community Hospital, Inc., amici curiae.*

PER CURIAM.

After a thorough review of the record and briefs and arguments of counsel in this case, we conclude that our discretionary review of the unanimous decision of the Court of Appeals was improvidently allowed.

Discretionary review improvidently allowed.